IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARCELLA COOLIDGE, individually; and
GABRIELLE VALDEZ, as Personal Representative
of the Estate of DEREK A. HARRISON, deceased,**

    Plaintiffs,

v.                                                                    Case No. 1:21-CV-307 SCY/KRS

**THE UNITED STATES OF AMERICA,**

    Defendant.

### ORDER GRANTING THIRD JOINT MOTION TO EXTEND THE DEADLINE FOR FILING MOTIONS TO COMPEL UNDER D.N.M.L.R.- Civ. 26.6

This matter came before the Court upon the Third Joint Motion to Extend the Deadline for Filing Motions to Compel Under D.N.M.LR-Civ. 26.6.

The Court having reviewed the Motion, there being no opposition thereto, and finding the motion is well-taken, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiffs are allowed up to and including January 27, 2022 to file any motions to compel related to Defendant's answers and responses to Plaintiff Gabrielle Valdez's First Set of Interrogatories and Requests for Production to Defendant United States of America.

                                                                                               Kevin R. Sweazea
                                                                            United States Magistrate Judge

Submitted by:



*/s/ Christopher T. Papaleo*
Randi McGinn
Michael E. Sievers
Christopher T. Papaleo
201 Broadway Blvd. SE
Albuquerque, NM  87102
p: (505) 843-6161
f: (505) 242-8227
Randi@McGinnLaw.com
Mike@McGinnLaw.com
Chris@McGinnLaw.com

- AND -

Calvin Lee
C.J. Lee & Associates, P.C.
A 211 W. Mesa, Ste. 2
Gallup, NM  87301
Tele:  (505) 862-9837
Fax:  (505) 213-0578
calvin@indianlaw.mobi

**ATTORNEYS FOR PLAINTIFFS**

- AND -

FRED J. FEDERICI
United States Attorney


*/s/ Erin E. Langenwalter (appr'd by email)*
Erin E. Langenwalter
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 346-7274
Erin.Langenwalter@usdoj.gov

**ATTORNEYS FOR DEFENDANT**