IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARCELLA COOLIDGE, individually; and**
**GABRIELLE VALDEZ, as Personal Representative**
**of the Estate of DEREK A. HARRISON, deceased,**

    Plaintiffs,

v.                                                                                          Case No. 1:21-CV-307 SCY/KRS

**THE UNITED STATES OF AMERICA,**

    Defendant.

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

This matter came before the Court upon the Joint Motion to Amend Scheduling Order [Doc. 54]. The Court having reviewed the Motion, finds the motion is well-taken, and the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the following deadlines are amended as follows:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Expert Disclosure | 04/15/2022 | 06/15/2022 |
| Defendant's Expert Disclosure | 06/15/2022 | 08/15/2022 |
| Termination of Discovery | 07/15/2022 | 09/15/2022 |
| Motions Relating to Discovery | 08/04/2022 | 10/06/2022 |
| All Other Motions | 08/12/2022 | 10/20/2022 |
| Plaintiffs' Draft of Pretrial Order to Defendant | 09/30/2022 | 60 days before Pretrial Conference |
| Defendant's Draft of Pretrial Order to Court | 10/14/2022 | 30 days before Pretrial Conference |

_____
Kevin R. Sweazea
United States Magistrate Judge

Submitted by:



*/s/ Christopher T. Papaleo*
Randi McGinn
Michael E. Sievers
Christopher T. Papaleo
201 Broadway Blvd. SE
Albuquerque, NM  87102
p: (505) 843-6161
f: (505) 242-8227
Randi@McGinnLaw.com
Mike@McGinnLaw.com
Chris@McGinnLaw.com

- AND -

Calvin Lee
C.J. Lee & Associates, P.C.
A 211 W. Mesa, Ste. 2
Gallup, NM  87301
Tele:  (505) 862-9837
Fax:  (505) 213-0578
calvin@indianlaw.mobi

**ATTORNEYS FOR PLAINTIFFS**

- AND -

FRED J. FEDERICI
United States Attorney


*/s/ Erin E. Langenwalter (appr'd  04/04/2022)*
Erin E. Langenwalter
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 346-7274
Erin.Langenwalter@usdoj.gov

**ATTORNEYS FOR DEFENDANT**