IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARCELLA COOLIDGE, individually;
and GABRIELLE VALDEZ, as Personal
Representative of the ESTATE OF
DEREK A. HARRISON,

        Plaintiffs,                          Case No.: 1:21-cv-00307 SCY.KRS

        v.

UNITED STATES OF AMERICA,

        Defendant.

## ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT COMPLY WITH COURT'S ORDER DATED APRIL 6, 2022 (Doc. 57)

        This Matter comes before the Court on Defendant United States of America's Unopposed Motion for an extension of time to comply with the Court's Order on Plaintiff's Motion to Compel, filed April 6, 2022 (Doc. 57). Defendant moves the Court for extension of time to comply from May 6, 2022 to May 16, 2022. Defendant's Motion is Unopposed.

        For the reasons set forth in Defendant's Motion, it is well taken and will be granted.

        WHEREFORE, it is hereby ordered that Defendant is granted until **May 16, 2022** to comply with the Court's Order, dated April 6, 2022 (Doc. 57).

        IT IS SO ORDERED.

        _/s/ Kevin Sweazea_____
        KEVIN R. SWEAZEA
        UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Erin E. Langenwalter*
ERIN E. LANGENWALTER
Assistant United States Attorney


Approved By:

*/s/ via email on 5.6.2022*
RANDI MCGINN
MICHAEL E. SIEVERS
CHRISTOPHER T. PAPALEO
McGinn, Montoya, Love & Curry

-and-

CALVIN LEE, JR.
C.J. Lee & Associates, P.C.