IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARCELLA COOLIDGE, individually; and
GABRIELLE VALDEZ, as Personal Representative
of the Estate of DEREK A. HARRISON, deceased,**

    **Plaintiffs,**

v.                                                                        Case No. 1:21-CV-307 SCY/KRS

**THE UNITED STATES OF AMERICA,**

    **Defendant.**

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR SUBMITTING CLOSING DOCUMENTS

THIS MATTER came before the Court upon Plaintiffs' Unopposed Motion to Extend the Deadline to Submit Closing Documents from September 2, 2022 to November 1, 2022 [Doc. 76].

The Court having reviewed the Motion, there being no opposition thereto, and finding the motion is well-taken, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline to submit closing documents stemming from the settlement of this case is continued from September 2, 2022 to November 1, 2022.

_____
Hon. Kevin R. Sweazea
United States Magistrate Judge

Submitted by:



*/s/ Christopher T. Papaleo*
Randi McGinn
Michael E. Sievers
Christopher T. Papaleo
201 Broadway Blvd. SE
Albuquerque, NM  87102
p: (505) 843-6161
f: (505) 242-8227
Randi@McGinnLaw.com
Mike@McGinnLaw.com
Chris@McGinnLaw.com

- AND -

Calvin Lee
C.J. Lee & Associates, P.C.
A 211 W. Mesa, Ste. 2
Gallup, NM  87301
Tele:  (505) 862-9837
Fax:  (505) 213-0578
calvin@indianlaw.mobi

**ATTORNEYS FOR PLAINTIFFS**

- AND -

FRED J. FEDERICI
United States Attorney


*/s/ Christine Lyman* *(appr'd by email 08/29/2022)*
Christine Lyman
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 346-7274
Christine.Lyman@usdoj.gov

**ATTORNEYS FOR DEFENDANT**