IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARCELLA COOLIDGE, individually;
and GABRIELLE VALDEZ, as Personal
Representative of the ESTATE OF
DEREK A. HARRISON,

        Plaintiffs,                Case No.: 1:21-cv-00307 SCY/KRS

v.

UNITED STATES OF AMERICA,

        Defendant.

**CONSENT OF THE STATUTORY BENEFICIARIES TO THE DISTRIBUTION OF THE WRONGFUL DEATH PROCEEDS**

MARCELLA COOLIDGE and RAFER HARRISON, as the parents and New Mexico Wrongful Death Act ("WDA") statutory beneficiaries of decedent, Derek Harrison, consent as follows:

1. Marcella Coolidge and Rafer Harrison have voluntarily agreed that (a) 75% of the total settlement amount should be attributed to the wrongful death claims in this case; and (b) 25% of the total settlement amount should be attributed to Marcella's loss of consortium claim in this case;

2. Marcella Coolidge and Rafer Harrison understand that the WDA requires the Personal Representative of Derek Harrison's Wrongful Death Estate, Gabrielle Valdez, to distribute the wrongful death proceeds in this case equally – one half to each – to Derek Harrison's surviving parents;

3. Marcella Coolidge and Rafer Harrison have voluntarily agreed to a distribution of the wrongful death proceeds that differs from the distribution outlined in the WDA;

1



4. Marcella Coolidge and Rafer Harrison agree that the net wrongful death and other settlement proceeds in this case should be distributed as follows:

   a. Rafer Harrison shall receive the sum of $[redacted] as his total share of the net wrongful death proceeds in this case; and

   b. Marcella Coolidge shall receive the remaining balance of the net settlement proceeds, including Marcella Coolidge's share of the wrongful death proceeds and the amount for her loss of consortium claim; and

5. Marcella Coolidge and Rafer Harrison request the Court approve and the Personal Representative of the Wrongful Death Estate of Derek Harrison distribute the wrongful death proceeds in this case consistent with this agreement.

Executed this _28_ day of _Sept_, 2022.

_Marcella Coolidge_
MARCELLA COOLIDGE, Mother of Derek Harrison

STATE OF NEW MEXICO

COUNTY OF _San Juan_        ss.

Subscribed, sworn to, and acknowledged before me this _28_ day of _September_ 2022 by MARCELLA COOLIDGE.

_Karen Deale_
NOTARY PUBLIC
STATE OF NEW MEXICO
NOTARY PUBLIC
Karen Deale
Commission No. 1123933
December 20, 2022

My Commission Expires:

_12/20/2022_

2

Executed this 20th day of September, 2022.

_____
RAFER HARRISON, Father of Derek Harrison

STATE OF TEXAS
                                                    ss.
COUNTY OF Tarrant

Subscribed, sworn to, and acknowledged before me this 28th day of September, 2022 by RAFER HARRISON.

_____
NOTARY PUBLIC

My Commission Expires:

06/30/2025

[Notary Seal: BILLY GENE FRANTZ, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 06-30-2025, ID # 131117682]

3