IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARCELLA COOLIDGE, individually;
and GABRIELLE VALDEZ, as Personal
Representative of the ESTATE OF
DEREK A. HARRISON,

      Plaintiffs,

v.                            No. 1:21-cv-00307 SCY/KRS

THE UNITED STATES OF AMERICA,

      Defendant.

## JOINT MOTION TO DISMISS WITH PREJUDICE

The parties, by and through their respective counsel of record, jointly advise the Court that the claims of Plaintiffs against Defendant, have been resolved among the parties.

Accordingly, the parties jointly move to dismiss, with prejudice, the Complaint and all causes of action contained therein. All parties should bear their own attorney's fees and costs.

Respectfully submitted,

**ALEXANDER M.M. UBALLEZ**
United States Attorney

*/s/ Brett C. Eaton 12/6/22*
BRETT C. EATON
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274; Fax: (505) 346-7205
Brett.Eaton@usdoj.gov
*Attorneys for Defendant*

And

          McGinn, Montoya, Love & Curry
*/s/ Christopher T. Papaleo 12/6/22*
Randi McGinn
Michael E. Sievers
Christopher T. Papaleo
201 Broadway Blvd. SE
Albuquerque, NM 87102
randi@mcginnlaw.com
mike@mcginnlaw.com
chris@mcginnlaw.com

and

C.J. Lee & Associates, P.C.
Calvin Lee, Jr.
A 2418 E. Hwy. 66, #186
Gallup, NM 87301
calvin@federalindianlawyer.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 6, 2022, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Brett C. Eaton 12/6/22*
BRETT C. EATON
Assistant U.S. Attorney